DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID HERSHLIKOVITZ,**
Appellant,

v.

**DEUTSHE BANK NATIONAL TRUST COMPANY,** As Trustee For **HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST SERIES INABS 2007-B, HOME EQUITY MORTGAGE LOAN ASSET-BACKED CERTIFICATES SERIES INABS 2007-B,**
Appellee.

No. 4D19-2250

[October 29, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Janis Brustares Keyser, Judge; L.T. Case No. 50-2018-CA-005647-XXXX-MB.

David Hershlikovitz, Boca Raton, pro se.

Kimberly S. Mello of Greenberg Traurig, P.A., Orlando; and Joseph H. Picone of Greenberg Traurig, P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***